# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MONICA DAWKINS, *on behalf of herself and all similarly situated persons*,

Plaintiff,

v.

PREFERRED BANK,

Defendant.

Case No. 1:26-cv-04913-JLT-SAB

ORDER DIRECTING DEFENDANT TO CONSIDER WHETHER TO WITHDRAW MOTION TO DISMISS IN LIGHT OF THE FILING OF THE FIRST AMENDED COMPLAINT

(ECF No. 9)

**SEPTEMBER 19, 2026 DEADLINE**

On August 12, 2026, Defendant Preferred Bank filed a motion to dismiss, which the assigned District Judge referred to the undersigned for the preparation of findings and recommendations. (ECF Nos. 9, 10.) Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), on August 25, 2026, Plaintiff filed her first amended complaint as a matter of course. (ECF No. 12.) On September 8, 2026, Defendant again moved to dismiss but did not withdraw its previous motion to dismiss the now-superseded complaint. (ECF No. 13.)

It is well-established in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015), quoting Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted), *overruled on other grounds by* Lacey v. Maricopa County, 693 F.3d 896, 927-28 (9th Cir. 2012).

/ / /

In light of the foregoing, it appears that Defendant's first motion to dismiss is now moot. The Court DIRECTS Defendant to consider whether to withdraw the motion to dismiss filed on August 12, 2026. (ECF No. 9.) Defendant shall have through **September 16, 2026**, to withdraw this motion. Should Defendant fail to withdraw the motion, the Court will be forced to issue findings and recommendation recommending that this motion be denied as moot, which the assigned District Judge will adopt, modify, or decline, following a fourteen-day objection period.

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge